FILED
U.S. MAGISTRATE JUDGE

DATE: March 27, 2025
TIME: 11:15 a.m.

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PAUL HYON KIM,

    Defendant.

Case No.: 2:25-mj-00261-EJY

**Order for Issuance of Writ of Habeas Corpus Ad Prosequendum For PAUL HYON KIM (ID # 08814135)**

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of **PAUL HYON KIM**, before the United States District Court at Las Vegas, Nevada, on or about March 27, 2025 at 2:30 p.m._____, for initial appearance regarding a Criminal Complaint and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: March 27, 2025

_____
HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE