RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org

Attorney for Paul Hyon Kim

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-mj-00261-EJY |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| PAUL HYON KIM, | |
| Defendant. | |

    Pursuant to the Court's order, notice is hereby given that Assistant Federal Public Defender Rebecca A. Levy will serve as counsel for the above captioned defendant.

    Counsel's address is as follows:

> Federal Public Defender
> 411 E. Bonneville Ave., Suite 250
> Las Vegas, Nevada 89101

    DATED this 28th day of March, 2025.

                                                     RENE L. VALLADARES
                                                     Federal Public Defender

                                        By:  */s/ Rebecca A. Levy*
                                                     REBECCA A. LEVY
                                                     Assistant Federal Public Defender
                                                     Attorney for Paul Hyon Kim

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that he is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on March 28, 2025, he served an electronic copy of the above and foregoing **NOTICE OF APPEARANCE** by electronic service (ECF) to the person named below:

SUE FAHAMI
Acting United States Attorney
JACOB HAILE OPERSKALSKI
Assistant United States Attorney
501 Las Vegas Blvd. South
Suite 1100
Las Vegas, NV 89101

　　　　　　　　　　　　　　　　　　*/s/ Jeremy Kip*
　　　　　　　　　　　　　　　　　　Employee of the Federal Public Defender